UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. 2:14-MJ-00939- |
| | § [1] | |
| | § | |
| LOUIS LAMONT HAWKINS | § | |

**MEMORANDUM OPINION AND ORDER
OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).   The following requires detention of the defendant pending trial in this case: There is a serious risk that the defendant will not appear.   The evidence against the defendant meets the probable cause standard.   The defendant has a significant criminal history and a recent history of substance abuse.   Further, the defendant has mental health related issues set forth in the Pretrial Services Report that weigh against setting conditions of release.   Finally, the defendant has few ties to any community.   The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver

the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 9th day of September, 2014.

Jason B. Libby
United States Magistrate Judge